**BERLINER, CORCORAN & ROWE, LLP, Plaintiff–Appellee,**

v.

**Mordechai ORIAN and Global Horizons, Inc., Defendant–Appellants.**

No. 2009–1584.

United States Court of Appeals, Federal Circuit.

Nov. 9, 2009.

Before RADER, CLEVENGER, and DYK, Circuit Judges.

ON MOTION

*ORDER*

RADER, Circuit Judge.

Mordechai Orian and Global Horizons, Inc. (Orian) move to transfer this appeal to the United States Court of Appeals for the District of Columbia Circuit. Berliner, Corcoran & Rowe, LLP oppose and request dismissal of this appeal.

Mordechai Orian and Global Horizons, Inc. (Orian) appeal from a judgment of the United States District Court for the District of Columbia. The case involves a contract dispute and malpractice. This court is a court of limited jurisdiction. 28 U.S.C. § 1295. Because this case does not fall within our jurisdiction, we transfer this appeal to the United States Court of Appeals for the District of Columbia Circuit pursuant to 28 U.S.C. § 1631.

Accordingly,

IT IS ORDERED THAT:

The motion to transfer is granted. The appeal is transferred to the United States Court of Appeals for the District of Columbia Circuit.